1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JEREMY JAMISON, | No. 2:14-cv-1104 KJM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| KAISER FOUNDATION, et al., | |
| Defendants. | |

By order filed June 18, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On July 7, 2014, plaintiff notified the court of his change of address, and on July 30, 2014, the June 18, 2014 orders were re-served on plaintiff at his new address. Thirty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

On August 18, 2014, plaintiff filed a change of address in his case number 2:11-cv-2056 WBS DAD, which the Clerk's office noted in this action. However, it is the plaintiff's responsibility to keep the court apprised of his current address at all times in each of his cases. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. In an abundance of caution, plaintiff is granted an additional thirty days in which to file an amended complaint that complies with the June 18, 2014 order. Failure to timely comply with this order will result in a recommendation that this action be dismissed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall re-serve a copy of the June 18, 2014 orders (ECF Nos. 6, 7) on plaintiff's current address of record; and

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint pursuant to the June 18, 2014 order.

Dated:  September 9, 2014

/jami1104.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE