UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY L. JAMISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1104 KJM KJN P<br><br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

By order filed June 18, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On September 9, 2014, the order was re-served on plaintiff's new address, and plaintiff was granted an additional thirty days in which to file an amended complaint. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order. On September 30, 2014, plaintiff's address was updated pursuant to a filing plaintiff made in Case No. 2:13-cv-1705. However, plaintiff's copy of the September 9, 2014 order was not returned to the court as undeliverable. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Local Rule 182(f).

In an abundance of caution, IT IS HEREBY ORDERED that the Clerk of the Court send plaintiff a copy of the June 18, 2014 order (ECF No. 6); and

////

1    IT IS RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 28, 2014

/jami1104.fta

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE